[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 16, 2004
THOMAS K. KAHN
CLERK

_____

No. 04-12936

_____

D. C. Docket No. 03-00076-CV-BAE-4

NICKSON JOSEPH,

Plaintiff-Appellant,

versus

KENNETH KIMPLE, individually and in
his official capacity, THE CITY OF
HINESVILLE, GEORGIA,  LIBERTY
COUNTY, GEORGIA, LONG COUNTY
BOARD OF COMMISSIONERS,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Southern District of Georgia

_____

(November 16, 2004)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Appellant Nickson  Joseph sued Liberty County, Georgia, Police Officer Kenneth Kimple, individually and in his official capacity under 42 U.S.C. § 1983. Also named as defendants were the Long County Board of Commissioners,  and the City of Hinesville, Georgia.  Each defendant moved for summary judgment.

Joseph appeals from the grant of summary judgment in favor of all defendants pursuant to a detailed analysis of the issues as set forth in the order of Honorable Avant Edenfield, District Judge, Southern District of Georgia, reported as *Joseph v. Kimple*, _____ F.  Supp.  2d _____ (S.D.Ga. 2004).

We have carefully reviewed the record, the briefs and the district court order granting summary judgment in favor of the defendants.  Finding no reversible error in the judgment, the same is

AFFIRMED.